UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DALERIE V. BEARD <br> 2088 Lake Grove Lane <br> Crofton, MD 21114, <br><br> Individually, and on behalf of all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> DISTRICT OF COLUMBIA HOUSING AUTHORITY <br> 1133 N. Capitol St., N.E., <br> Washington, D.C. 20002 <br><br> Defendant | Civil Action No. 1:08-cv-00202 <br> Hon. Richard W. Roberts |

## ENTRY OF APPEARANCE

WILL THE CLERK OF THE COURT PLEASE enter the appearance of Nicole C. Mason as counsel for the Defendant, the District of Columbia Housing Authority in the above-captioned matter.

Dated: March 6, 2008

Respectfully Submitted,

*/s/ Nicole C. Mason*
Nicole C. Mason, DC Bar No. 464733
Office of the General Counsel
District of Columbia Housing Authority
1133 North Capitol Street, NE, Suite #210
Washington, DC 20002
(202) 535-2835 (telephone)
(202) 535-2521 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance was mailed first class, postage prepaid, on this 6th day of March, 2008 to the following:

_____
Nicole C. Mason

Scott A. Conwell, Esq.
2138 Priest Bridge Court
Suite No. 4
Crofton, MD 21114