UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
DALERIE V. BEARD, *ET AL*.           :
                                     :  CIVIL ACTION NO.: RWR-08-0202
          *Plaintiffs*,              :
                                     :
     v.                              :
                                     :
DISTRICT OF COLUMBIA HOUSING         :
AUTHORITY                            :
                                     :
          *Defendant*.               :
---------------------------------------------------------x

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, ROBERT FIELD of Conwell, LLC, hereby enters his appearance in the above-captioned matter on behalf of the Plaintiffs Dalerie V. Beard and similarly situated employees.

Respectfully submitted,

CONWELL, LLC


___/s/_____
H. Robert Field (D.C. Bar No. 75739)
2138 Priest Bridge Court, Suite No. 4
Crofton, Maryland 21114
TELE: (410) 451-2707
FAX: (410) 451-2706
Email: rfield@conwellusa.com

*Attorneys for Plaintiffs*

Dated: March 7, 2008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _7th_ day of _March_, 2008, a true and correct copy of the foregoing Notice of Appearance was served via ECF on the following counsel of record:

>Hans Froelicher, IV
>Nicole C. Mason
>Clifford E. Pulliam
>Office of General Counsel
>District of Columbia Housing Authority
>1133 North Capitol St., N.E., Suite 210
>Washington, DC 20002

>\_\_\_/s/_____
>Robert Field