UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
DALERIE V. BEARD, *et al*.                    :
                                              :   CIVIL ACTION NO.: RWR-08-0202
        *Plaintiffs*,                  :
                                              :
v.                                            :
                                              :
DISTRICT OF COLUMBIA HOUSING                  :
AUTHORITY                                     :
                                              :
        *Defendant*.                   :
---------------------------------------------------------x

**PLAINTIFFS' CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Beard through undersigned counsel has filed the instant case as a collective action on behalf of herself and other similarly situated employees. Plaintiffs agree with Defendant District Of Columbia Housing Authority in their Motion To Dismiss Or In The Alternative Motion For Summary Judgment (Paper No. 2) to the extent that they have submitted as an undisputed fact that one or more other similarly situated employees has signed a document labeled as a "release" and did not terminate the document during the option period. Plaintiffs have therefore filed this Cross Motion for Partial Summary Judgment requesting that the Court hold that the "release" provided by Defendants as Paper 2-2 or other similar document is ineffective and inapplicable to release the FLSA unpaid wages, overtime and liquidated damages claimed by Plaintiff Beard and similarly situated Plaintiffs.

In support, Plaintiff hereby adopts and incorporates Plaintiffs' Reply Memorandum In Opposition To Defendant District Of Columbia Housing Authority's Motion To Dismiss Or In The Alternative Motion For Summary Judgment And Plaintiffs' Cross Motion For Partial Summary Judgment (Paper No. 5) as if fully set forth herein.

For the foregoing reasons, Plaintiff's Cross Motion for Partial Summary Judgment should

be granted, and Defendant's Motion to Dismiss and/or for Summary Judgment should be denied.

        Respectfully submitted,

        CONWELL, LLC

        __/s/_____
        Scott A. Conwell (D.C. Bar No. 468989)

        H. Robert Field (D.C. Bar No. 75739)
        2138 Priest Bridge Court, Suite No. 4
        Crofton, Maryland 21114
        TELE: (410) 451-2707
        FAX: (410) 451-2706
        Email: scott@conwellusa.com

        *Attorneys for Plaintiffs*

Dated: March 13, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _13th_ day of _March_, 2008, a true and correct copy of the foregoing Plaintiffs' Cross Motion For Partial Summary Judgment was served via ECF on the following counsel of record:

        Hans Froelicher, IV
        Nicole C. Mason
        Clifford E. Pulliam
        Office of General Counsel
        District of Columbia Housing Authority
        1133 North Capitol St., N.E., Suite 210
        Washington, DC 20002

        ___/s/_____
        Scott A. Conwell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
DALERIE V. BEARD, *et al*.          :
                                     :   CIVIL ACTION NO.: RWR-08-0202
           *Plaintiffs*,             :
                                     :
       v.                            :
                                     :
DISTRICT OF COLUMBIA HOUSING         :
AUTHORITY                            :
                                     :
           *Defendant*.              :
------------------------------------------------------------x

## **ORDER**

Upon consideration of Plaintiff's Cross Motion for Partial Summary Judgment and Defendants' Opposition thereto, and for good cause shown, it is this ____ day of _____, 2008, by the United States District Court for the District of Columbia,

ORDERED, that the Plaintiffs' Cross Motion for Partial Summary Judgment is GRANTED, and it is further

ORDERED, that the Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment is DENIED, and it is further

ORDERED, that the "release" provided by Defendants as Paper 2-2 or other similar document does not release the FLSA unpaid wages, overtime and liquidated damages claimed by Plaintiff Beard or similarly situated Plaintiffs.

 

_____
Richard W. Roberts
United States District Judge