## CONSENT TO ACT AS PLAINTIFF

Pursuant to 29 U.S.C. §216(b), I consent to act as a plaintiff in this case, both on behalf of myself and on behalf of all persons similarly situated.

Dated: 6/11/08        Plaintiff (signature): _[signature]_

                      Plaintiff (print): Dalerie V. Beard